■ In the Matter of Susan Yvonne Kunstler, an Attorney. — Motion for reargument granted, and upon reargument the order of this court entered on December 13, 1983 (97 AD2d 294) is recalled and vacated and the matter is returned to the petitioner for further deliberation and a final report to this court. Concur — Sandler, J. P., Sullivan, Carro, Asch and Milonas, JJ.